ACCEPTED
12-15-00141-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/10/2015 9:58:42 AM
CATHY LUSK
CLERK

NO. 12-15-00141-CV

# IN THE
# TWELFTH COURT OF APPEALS
# TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/10/2015 9:58:42 AM
CATHY S. LUSK
Clerk

MORRISON SUPPLY COMPANY, LLC, ET AL.          APPELLANTS

V.

SCOTT HILBURN, ET AL.                         APPELLEES

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO
## FILE BRIEF OF APPELLEES

Appellees, Scott Hilburn and Mike Anthony, request a ten (10) day extension of the deadline for filing their brief, pursuant to Tex. R. App. P. 10.

1.      July 14, 2015, is the current deadline for filing Appellees' brief.

2.      A ten (10) day extension is requested.

3.      The following facts are relied on to reasonably explain the need for an extension. Keith Dollahite (the "attorney") has not had adequate time to review the record, research the law, and prepare a brief, based upon the following:

July 2          The attorney was retained to represent the Appellees.

July 3          Holiday.

July 4          Saturday.

July 5          Sunday.

1

| | |
|---|---|
| July 6 | The attorney prepared for mediation in *Fuentes v. Riggle*, No. 6:14-CV-00179, in the United States District Court for the Eastern District of Texas, Tyler Division; and prepared for mediation in *Pioneer Royalty, Inc., et al. v. Gaither Petroleum Corp., et al.*, Cause No. 2012-255, in the 402nd Judicial District, Wood County, Texas. |
| July 7 | The attorney attended mediation in *Pioneer Royalty, Inc., et al. v. Gaither Petroleum Corp., et al.*, Cause No. 2012-255, in the 402nd Judicial District, Wood County, Texas. |
| July 8 | The attorney attended mediation in *Pioneer Royalty, Inc., et al. v. Gaither Petroleum Corp., et al.*, Cause No. 2012-255, in the 402nd Judicial District, Wood County, Texas. |
| July 9 | The attorney plans to attend meetings with clients and to prepare documents for clients. |
| July 10 | The attorney plans to attend meetings with clients and to prepare documents for clients. |
| July 11 | Saturday. |
| July 12 | Sunday. |
| July 13 | The attorney plans to prepare for a mediation in *Fuentes v. Riggle*, No. 6:14-CV-00179, in the United States District Court for the Eastern District of Texas, Tyler Division. |
| July 14 | The attorney plans to attend the mediation in *Fuentes v. Riggle*, No. 6:14-CV-00179, in the United States District Court for the Eastern District of Texas, Tyler Division. |

4.   The attorney intends to complete and file the Appellees' brief on July 24, 2015.

5.   This is Appellees' first request for an extension of this deadline.

2

WHEREFORE, Appellees, Scott Hilburn and Mike Anthony, request the Court to grant this motion.

Respectfully submitted,

M. KEITH DOLLAHITE, P.C.
5457 Donnybrook Avenue
Tyler, Texas 75703
(903) 581-2110
(903) 581-2113 (Facsimile)

/s/ Keith Dollahite

By:_____
M. Keith Dollahite
State Bar No. 05958550

## CERTIFICATE OF CONFERENCE

Before filing this motion, Mike Starr, the attorney for Appellants, was contacted about this motion, and he indicated he does not oppose this motion; however, due to the urgency of the matter and the accelerated appeal, Appellants indicated they cannot agree to any extension beyond ten days.

/s/ Keith Dollahite

_____

## VERIFICATION

I swear or affirm that the facts stated herein are true and correct.



THE STATE OF TEXAS       §
                                     §

COUNTY OF SMITH           §

BEFORE ME, the undersigned official, on this day personally appeared the undersigned affiant, known to me to be the person whose name is subscribed to the foregoing document, and being by me first duly sworn, declared that the statements therein contained are true and correct.

SUBSCRIBED AND SWORN TO before me on July 10, 2015, to certify which witness my hand and seal of office.

Notary Public, State of Texas
My Commission Expires: _____

JUDITH RICHBOURG-CARNES
Notary Public
STATE OF TEXAS
My Comm. Exp. 07/01/2017

## CERTIFICATE OF SERVICE

The foregoing document was filed and served electronically upon Michael E. Starr, 1127 Judson Road, Suite 211, Longview, Texas 75606, mstarr@ccfww.com and Vanessa Griffith, 2001 Ross Avenue, Suite 3700, Dallas, Texas 75201, vgriffith@velaw.com, on July 10, 2015.

/s/ Keith Dollahite